# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

BRIDGET DALE

        Plaintiff

MICHAEL W. WYNNE, SECRETARY
DEPARTMENT OF THE AIR FORCE,

        Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 2:05CV1179-T

TO: (Name and address of defendant)

Honorable Leura Garrett Canary
United States Attorney
201 One Court Square
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph C. Guillot, Esq.
McPhillips Shinbaum, LLP
516 S. Perry Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(signature)

(BY) DEPUTY CLERK

DATE  12-16-05

| RETURN OF SERVICE |||
|---|---|---|
| Service of the summons and complaint was made by me[1] || DATE: |
| Name of Server (Print): || TITLE: |
| *Check one box below to indicate appropriate method of service* |||
| ☐ Served personally upon the defendant. Place where served: _____ _____ |||
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____ _____ |||
| ☐ Returned unexecuted: _____ _____ _____ _____ |||
| ☐ Other (*Specify*): _____ _____ |||
| **STATEMENT OF SERVICE FEES** |||
| TRAVEL | SERVICES | TOTAL |
| **DECLARATION OF SERVER** |||

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                                    Signature of Server

                                               _____
                                                       Address of Server

---

(1) As to who may serve a summons see Rule 4 of the federal Rules of Civil Procedure.

# United States District Court

MIDDLE  DISTRICT OF  ALABAMA

BRIDGET DALE

Plaintiff

MICHAEL W. WYNNE, SECRETARY
DEPARTMENT OF THE AIR FORCE,

Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: CV

2:05CV1179-T

TO: (Name and address of defendant)

Honorable Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave.
Washington DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph C. Guillot, Esq.
McPhillips Shinbaum, LLP
516 S. Perry Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within ~~20~~ 60 days _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(BY) DEPUTY CLERK

DATE  12-16-05

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: |
| Name of Server (Print): | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (*Specify*): _____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
               Date                                                    Signature of Server

                                                      _____
                                                      Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

MIDDLE DISTRICT OF ALABAMA

BRIDGET DALE

**Plaintiff**

MICHAEL W. WYNNE, SECRETARY
DEPARTMENT OF THE AIR FORCE,

Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV

2:05CV1179-T

TO: (Name and address of defendant)

Honorable Michael W. Wynne
Secretary of the Air Force
1670 Air Force Pentagon
Washington DC 20330-1670

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph C. Guillot, Esq.
McPhillips Shinbaum, LLP
516 S. Perry Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within  60  ~~20 days~~  days after service of this summons upon you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                     12-16-05

CLERK                                                       DATE

(BY) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: |
| Name of Server (Print): | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (*Specify*): _____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
         Date                                                    Signature of Server

                                             _____
                                             Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.