**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Laura Garrett Canary
   201 One Court Square
   Montgomery, Al 36104

   05cv1179-T CSC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Nancy Cann                    ☐ Agent
                                   ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
   Nancy Cann                      12/19/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 1160 0003 5790 2500

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540