IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIDGET DALE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-cv-1179-C |
| | ) |
| **MICHAEL W. WYNNE,** | ) |
| **SECRETARY, DEPARTMENT OF** | ) |
| **THE AIR FORCE,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR EXTENSION OF TIME

Comes now the Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure and moves the Court for a 30-day extension of time within which to file an answer or other response in the above-styled case. In support of this motion, Defendant shows unto the Court the following:

1. Defendant received Plaintiff's Complaint on or about December 19, 2005. The current deadline for filing Defendant's answer or other response is February 17, 2006.

2. Defendant requires the assistance of the United States Air Force counsel in preparing said answer or other response.

3. The local Air Force counsel assigned to this matter has requested additional time. He is currently the only local civil/labor attorney in his office due to recent staffing changes, and he is scheduled for surgery February 2, 2006, and will be out of the office

from January 31 through February 13, 2006. In addition to this surgery and his regular workload, he has an EEO hearing involving sixteen (16) witnesses currently scheduled for February 16, 2006, and it will require extensive preparation.

4. In light of these matters, counsel requests an additional thirty (30) days in which to review the issues involved in the present case and to prepare and file a response.

5. Counsel for Plaintiff has been contacted regarding this request and has no objections to this thirty (30) day extension.

Therefore, for the reasons set forth above and for good cause, Defendant respectfully requests an extension of time, to and including March 20, 2006, in which to prepare and file said answer or other response.

Respectfully submitted this the 30th day of January, 2006.

        LEURA G. CANARY
        United States Attorney

By: s/James J. DuBois
    JAMES J. DUBOIS
    Assistant United States Attorney
    GA Bar Number: 231445
    Post Office Box 197
    Montgomery, AL 36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: **James.DuBois2@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2006, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which will send notification of same to Plaintiff's counsel, Joseph Charles Guillot, Esq.

/s/ James J. DuBois
Assistant United States Attorney