IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

BRIDGET DALE,                      )
                                   )
        Plaintiff,                 )
                                   )        CIVIL ACTION NO.
        v.                         )         2:05cv1179-MHT
                                   )
MICHAEL W. WYNNE,                  )
Secretary, Department of           )
the Air Force,                     )
                                   )
        Defendant.                 )

ORDER

It is ORDERED that the motion for extension of time

(Doc. No. 6) is granted.

DONE, this the 31st day of January, 2006.


        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE