IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil Action No.: 2:05-cv-1179-MHT |
| | ) |
| MICHAEL W. WYNNE, Secretary, | ) |
| Department of the Air Force, | ) |
|     Defendant. | ) |

**REPORT ON PARTIES' PLANNING MEETING**

Pursuant to the Federal Rules of Civil Procedure 26(f), a discovery planning meeting was held on April 4, 2006, at the office of the United States Attorney in Montgomery, Alabama. This meeting was attended by the following: James DuBois, Esq., Assistant United States Attorney, counsel for the Defendant, and Joseph C. Guillot, Esq., counsel for the Plaintiff. As a result of this meeting, counsel for both parties present to this Court, as their discovery plan in the above-styled case, the following:

1. Pre-Discovery Disclosures: Twenty-one (21) days from the date of the Uniform Scheduling Order, the parties will exchange the information required by Federal Rules of Civil Procedure 26(a)(1).

2. Discovery Plan: The parties jointly propose to the Court the following discovery plan:

    A. Discovery will be needed on the following subjects: All subjects related to the allegations set forth in Plaintiff's Complaint, all defenses raised in Defendant's Answer, and all issues relating to damages, liability and all other relevant issues discoverable under the Federal Rules of Evidence.

    B. All discovery shall be completed on or before four (4) weeks prior to the Pre-Trial Hearing, except that as to any witnesses whose names were revealed less than four

(4) weeks prior to the Pre-Trial Hearing or whose names are not revealed with sufficient time for the other party to take a deposition prior to the Pre-Trial Hearing. The opposing party shall have the time extended in this paragraph to allow for deposing such witnesses.

 C. Maximum of twenty-five (25) interrogatories by each party to any other party.

 D. Maximum request for admissions allowed under the Rule 36 of the Federal Rules of Civil Procedure by each party to any other party.

 E. A maximum of eight (8) depositions each by Plaintiff and Defendant.

 F. Depositions are to be limited to a maximum of sixteen (16) hours unless extended by agreement of parties.

 G. Reports from retained experts under Rule 26(a)(2) due: From each party at least 120 days prior to the Pre-Trial Hearing. Both parties will have thirty (30) days thereafter to provide rebuttal expert witnesses and reports therefrom.

 H. Supplementation under Rule 26(e) is due within fourteen (14) days of the date a party learns, in some material respect, the information is incomplete or incorrect.

4. Other Items

 A. The parties do not request a conference with the Court before entry of the Scheduling Order.

 B. The parties request a Pre-Trial Hearing during the first week of April, 2007.

 C. The Plaintiff shall be allowed 60 days after the date of the Scheduling Order to adjoin additional parties and until 90 days after the date of the Order to amend pleadings.

 D. The Defendant shall be allowed until 60 days after the date of the Scheduling Order

        to adjoin additional parties and until 90 days after the date of the Order to amend pleadings.

E.     All potentially dispositive motions shall be filed ninety (90) days prior to the Pre-Trial Hearing.

F.     Settlement cannot be evaluated at this time. Parties will be unable to determine settlement potential until discovery is underway, and possibly until dispositive motions and responses are evaluated.

G.     The final list of witnesses and exhibits under Rule 26(a)(3) shall be due from Plaintiff and Defendant no later than three weeks prior to the Pre-Trial Hearing.

H.     The parties shall have fourteen (14) days after service of final list of witnesses and exhibits to list objections under Rule 26(a)(3).

I.     The case will be ready for trial by May 14, 2007, and at this time it is expected to take approximately three days.

Respectfully submitted this the 4th day of April, 2006.

                                                        /s/Joseph C. Guillot
                                            JOSEPH C. GUILLOT (GUI011)
                                            Attorney for Plaintiff

**OF COUNSEL:**

**McPhillips Shinbaum, L.L.P.**
516 South Perry Street
Montgomery, Alabama 36104
(334) 262-1911
(334) 263-2321 - Fax

**CERTIFICATE OF SERVICE**

     I hereby certify that I have delivered a copy of the foregoing, via this court's CM/ECF filing system on this the 4th day of April, 2006, to the following:

James DuBois, Esq.
Assistant United States Attorney
201 One Court Square
Montgomery Alabama 36104


                                                     /s/   Joseph C. Guillot
                                                Of Counsel