IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, | ] |
| | ] |
|   Plaintiff, | ] |
| | ] |
|     v. | ] CIVIL ACTION 2:05-CV-1179-MHT |
| | ] |
| MICHAEL W. WYNNE, | ] |
| SECRETARY OF THE AIR FORCE, | ] |
| | ] |
|   Defendant. | ]   Date: August 11, 2006 |

## MOTION FOR PROTECTIVE ORDER

COME NOW Counsel for the respective parties and request this Court to enter a Protective Order, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, to protect the confidentiality of the medical records of Plaintiff Bridget Dale. The parties give, as justification for this Order, the following:

    1.    Defendant desires to receive certain medical, psychological and/or psychiatric records regarding the Plaintiff.

    2.    Due to the circumstances of this case, parties require access to said records to fully prosecute this case.

    3.    Counsel for both parties agree not to publicly reveal or disseminate any documents, or the contents thereof, produced by any of the Plaintiff's medical, psychological or psychiatric care givers. Any such documents will be only filed under seal.

    4.    The undersigned counsel for both parties therefore request that this Court enter a protective order to protect Plaintiff Bridget Dale's confidential medical,

psychological and/or psychiatric records which are necessary to litigate the above-styled case.

Respectfully submitted this the 11th day of August, 2006.

        LEURA G. CANARY
        United States Attorney

By: s/James J. DuBois
    JAMES J. DUBOIS
    Assistant United States Attorney
    GA Bar Number: 231445
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: **James.DuBois2@usdoj.gov**

/s/Joseph C. Guillot,  (GUI011)
Counsel for Plaintiff
McPhillips Shinbaum, LLP
516 S. Perry Street
Montgomery, AL 36104

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Joseph C. Guillot.

        s/James J. DuBois
        Assistant United States Attorney