**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **BRIDGET DALE,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ]   CIVIL ACTION 2:05-CV-1179-MHT |
| | ] |
| **MICHAEL W. WYNNE,** | ] |
| **SECRETARY OF THE AIR FORCE,** | ] |
| | ] |
| **Defendant.** | ] |

## ORDER

This Court, having received the Motion for Protective Order submitted by respective Counsel for Plaintiff and Defendant, and after duly considering same, the Court is of the opinion that said motion is due to be GRANTED.

It is hereby ORDERED that, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and the stipulations of respective Counsel for both parties, all medical, psychological, and/or psychiatric records of the Plaintiff that are produced and/or filed in this case can be used only for the purposes of litigation in this case and for no other purpose or reason.

The parties are ORDERED not to publicly reveal or disseminate any documents, or the contents thereof, produced by any of the medical care providers of Plaintiff Bridget Dale. Any such documents filed with the Court, shall be filed under seal.

It is so ORDERED, this the _____ date of _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Joseph C. Guillot, Esq.
      James J. Dubois, Esq.