IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 2:05-CV-1179-MHT |
| | ) |
| v. | ) |
| | ) |
| MICHAEL W. WYNNE, | ) |
| Secretary of the Air Force | ) |
| | ) |
| Defendant | ) |

**JOINT MOTION TO EXTEND DEADLINES**

COMES NOW the plaintiff, by and through counsel of record, and the defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully request that the Court extend the discovery and dispositive motion deadlines by forty-five (45) days and that all other deadlines set by the Court's Uniform Scheduling Order receive a corresponding extension. As grounds for said motion, the parties show unto the Court the following:

1.   This is a discrimination case brought pursuant to the Rehabilitation Act of 1973, 29 U.S.C. § 791 et. seq. Plaintiff alleges that she was discriminated against due to a perceived disability and subjected to retaliation. Defendant denies these contentions and asserts that all decisions were made for legitimate, non-discriminatory reasons.

2.   Plaintiff and Defendant have exchanged written discovery, served subpoenas on third parties, and have been working in good faith to schedule depositions in this case at a time that will minimize inconveniences to parties and counsel.

3.   Plaintiff, however, currently resides in San Antonio, Texas, and will have to travel to Montgomery, Alabama for her deposition. Due to other obligations and matters, as well as the

upcoming holidays, the parties have had a difficult time finding mutually convenient deposition dates for Plaintiff to travel to Montgomery for her deposition. The parties, however, have reached an agreement to conduct Plaintiff's deposition on January 8, 2007, here in Montgomery, Alabama.

4. Discovery currently closes, however, on December 5, 2006, and the dispositive motion deadline is set for January 5, 2007.

5. Accordingly, to provide the parties sufficient time to complete this deposition of an out-of-state Plaintiff at a mutually convenient time, and to allow the parties to obtain accurate transcripts and finalize the briefing of any dispositive motions before the pertinent deadlines, the parties jointly request that the Court extend the discovery deadline by 45 days, to and including January 19, 2007, and the dispositive motion deadline by 45 days, to and including February 19, 2007. This extension will enable the parties to conduct depositions at mutually-acceptable times and provide them adequate time to complete dispositive motion briefing.

6. This extension will make the dispositive motions due within 90-days of the Court's April 5, 2007 pretrial conference. To adhere to this District's practice of having dispositive motions due more than 90 days before any pretrial conference, the parties request that the Court correspondingly extend the other deadlines in the Scheduling Order, including moving the pretrial conference and moving the trial from the May 14, 2007 trial term to a date arising during the subsequent July 23, 2007 trial term. This rescheduling promotes the efficient use of the time and resources of the Court and the parties.

In consideration of the foregoing, undersigned counsel respectfully requests that this Court extend the discovery and dispositive motion deadlines by 45 days, continue the trial to the next trial term, and reset all the pretrial deadlines accordingly.

Respectfully submitted this 24th day of October, 2006.

|  |  |
|---|---|
|  | LEURA G. CANARY<br>United States Attorney |
| s/ Joseph C. Guillot<br>JOSEPH C. GUILLOT<br>McPhillips Shinbaum, L.L.P.<br>516 South Perry Street<br>Montgomery, Alabama 36104<br>Telephone: (334) 262-1911<br>Facsimilte: (334) 262-2321<br>E-mail: joeg2424@charter.net<br><br>Attorney for Plaintiff | s/James J. DuBois<br>JAMES J. DUBOIS<br>Assistant United States Attorney<br>Georgia Bar No. 231445<br>United States Attorney's Office<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>Telephone: (334) 223-7280<br>Facsimile: (334) 223-7418<br>E-mail: james.dubois2@usdoj.gov<br><br>**OF COUNSEL**:<br>Major Arthur G. Kirkpatrick<br>General Litigation Division, Employment Litigation Branch<br>Air Force Legal Services Agency<br>1501 Wilson Blvd., 7th Floor<br>Arlington, Virginia 22209<br>703-696-9123<br><br>Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Joseph C. Guillot, Esq.

                                                  s/James J. DuBois
                                      Assistant United States Attorney