IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


BRIDGET DALE,                    )
                                 )
        Plaintiff,               )
                                 )          CIVIL ACTION NO.
        v.                       )          2:05cv1179-MHT
                                 )
MICHAEL W. WYNNE,                )
Secretary, Department of         )
the Air Force,                   )
                                 )
        Defendant.               )

                        ORDER

        It is ORDERED that the motion to extend deadlines

(Doc. No. 14) is denied.

        DONE, this the 25th day of October, 2006.



                        ___/s/ Myron H. Thompson___
                        UNITED STATES DISTRICT JUDGE