IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, | ) |
| | ) |
|    Plaintiff, | ) Civil Action No.: 2:05-CV-1179-MHT |
| | ) |
| v. | ) |
| | ) |
| MICHAEL W. WYNNE, | ) |
| Secretary of the Air Force | ) |
| | ) |
|    Defendant | ) |

**JOINT MOTION TO EXTEND DISCOVERY AND SUMMARY JUDGMENT
DEADLINES BY THIRTY DAYS
AND RESET TRIAL SETTING TO LATER TRIAL TERM**

COMES NOW the plaintiff, by and through counsel of record, and the defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully request that the Court extend the discovery and dispositive motion deadlines by thirty (30) days to accommodate the mutually-convenient scheduling of the out-of-state Plaintiff's deposition and to move the pretrial conference and trial setting to the July 23, 2007, or October 1, 2007 trial terms to accommodate Defendant counsel's expected paternity leave. As grounds for said motion, the parties show unto the Court the following:

    1.    This is a discrimination case brought pursuant to the Rehabilitation Act of 1973, 29 U.S.C. § 791 et. seq. Plaintiff alleges that she was discriminated against due to a perceived disability and subjected to retaliation. Defendant denies these contentions and asserts that all decisions were made for legitimate, non-discriminatory reasons.

    2.    Plaintiff currently resides in San Antonio, Texas, and will have to travel to Montgomery, Alabama for her deposition. Due to other obligations and matters, as well as the

upcoming holidays, the parties have had a difficult time finding mutually convenient deposition dates for Plaintiff to travel to Montgomery for her deposition. After much discussion and telephone conversations, the parties initially reached an agreement to conduct Plaintiff's deposition on January 8, 2007, here in Montgomery, Alabama, and filed a joint motion to extend the deadlines in this case by forty-five (45) days to accommodate this mutually-convenient scheduling decision. The Court denied this joint motion to extend the deadlines in this case on October 25, 2006.

    3.    The parties, therefore, resumed discussions and have tentatively agreed on the mutually-convenient date of Monday, December 18, 2006, for Plaintiff to have her deposition taken in Montgomery, Alabama. She will fly into Montgomery on Sunday, December 17, 2006, and will return to Texas on the evening of Monday, December 18, 2006. Due to counsels' pre-existing obligations in other cases, as well as the cost of flights from Texas to Montgomery, the parties believe that this is the earliest and best mutually-convenient date for the deposition.

    4.    Discovery currently closes on December 5, 2006, and the dispositive motion deadline is January 5, 2007. Accordingly, if the parties conduct the deposition on December 18, 2006, it will be after the discovery deadline and (given the Christmas holidays and the regular turnaround time for court reporters to prepare deposition transcripts) there will not be time for a court reporter to complete a transcript in time for the preparation of any summary judgment motion.

    5.    Accordingly, to provide the parties sufficient time to complete this deposition of an out-of-state Plaintiff at a mutually convenient time, and to allow the parties to obtain accurate transcripts and finalize the briefing of any dispositive motions before the pertinent deadlines, the parties jointly request that the Court extend the discovery deadline by 30 days, to and including January 5, 2007, and the dispositive motion deadline by 30 days, to and including February 6, 2007.

This extension will enable the parties to conduct depositions at mutually-acceptable times and provide them adequate time to complete dispositive motion briefing.

6. This thirty-day extension, which the parties agree upon, will promote the efficient use of the resources of counsel and parties, will allow for the preparation of an accurate deposition transcript, and will not cause any prejudice.

7. Furthermore, undersigned counsel for Defendant James DuBois and his wife are expecting their first child in late March 2006, and he currently expects to be on paternity leave for much of April 2006 and unable to participate in the currently set April 5, 2006 pretrial conference or May 14, 2007 trial setting. As a result, he requests that the Court move the pretrial conference and the trial to a later trial term, either July 23, 2007 or October 1, 2007, at the Court's discretion. The parties have discussed this matter, and counsel for Plaintiff has no objection to moving the pre-trial conference and setting the trial for one of those later terms.

In consideration of the foregoing, undersigned counsel respectfully requests that this Court, for the cause shown above and for the convenience of parties and counsel, extend the discovery and dispositive motion deadlines by thirty days, to January 5, 2007, and February 6, 2007, respectively, and re-set the pretrial conference and trial term of this matter to a later date.

Respectfully submitted this 7th day of November, 2006.

| | |
|---|---|
| /s/ Joseph C. Guillot | LEURA G. CANARY |
| JOSEPH C. GUILLOT | United States Attorney |
| McPhillips Shinbaum, L.L.P. | |
| 516 South Perry Street | /s/James J. DuBois |
| Montgomery, Alabama 36104 | JAMES J. DUBOIS |
| Telephone: (334) 262-1911 | Assistant United States Attorney |
| Facsimile: (334) 262-2321 | Georgia Bar No. 231445 |
| E-mail: joeg2424@charter.net | United States Attorney's Office |
| | Post Office Box 197 |
| Attorney for Plaintiff | Montgomery, AL 36101-0197 |
| | |
| | Attorney for Defendant |

**OF COUNSEL**:

Major Arthur G. Kirkpatrick
General Litigation Division, Employment Litigation Branch
Air Force Legal Services Agency
1501 Wilson Blvd., 7th Floor
Arlington, Virginia 22209
703-696-9123

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Joseph C. Guillot, Esquire.

    s/James J. DuBois
    Assistant United States Attorney