IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRIGET DALE,  )<br>　　　　　　　　　　　　　)<br>　　Plaintiff,　　　　　)<br>　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>MICHAEL W. WYNNE,　　　　)<br>Secretary, Department of )<br>the Air Force,　　　　　 )<br>　　　　　　　　　　　　　)<br>　　Defendant.　　　　　　)　 | CIVIL ACTION NO.<br>2:05cv1179-MHT |

ORDER

It is ORDERED that the joint motion to extend deadlines (Doc. No. 16) is denied.  The court appreciates that defense counsel must take paternity leave; indeed, the court believes that such leave is more important than anything else.  However, defense counsel has not explained why another attorney cannot handle this case for him.  Counsel may also want to consider taking plaintiff's deposition by telephone.

DONE, this the 8th day of November, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE