IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 2:05-CV-1179-MHT |
| | ) |
| MICHAEL W. WYNNE, | ) |
| SECRETARY OF THE AIR FORCE, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

Comes now the undersigned attorney, R. Randolph Neeley, and enters his appearance as an attorney of record for Defendant, Michael W. Wynne, Secretary of the Air Force, in the above-styled case.

Respectfully submitted this 18th day of December, 2006.

    LEURA G. CANARY
    United States Attorney

    By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    **E-mail: rand.neeley@usdoj.gov**

OF COUNSEL:

Major Arthur G. Kirkpatrick
General Litigation Division, Employment Litigation Branch
Air Force Legal Services Agency
1501 Wilson Blvd., 7th Floor
Arlington, Virginia 22209
703-696-9123

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Joseph C. Guillot, Esquire.

                                                      s/R. Randolph Neeley
                                                    Assistant United States Attorney