IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 2:05-CV-1179-MHT |
| | ) |
| MICHAEL W. WYNNE, | ) |
| SECRETARY OF THE AIR FORCE, | ) |
| | ) |
| Defendant. | ) |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

Comes now the Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama and shows unto the Court that Plaintiff, pursuant to Rules 33 and 34, Federal Rules of Civil Procedure, has requested Defendant to produce records of certain employees of Defendant and to provide information from records which are contained within a system of records which is subject to the Privacy Act of 1974, 5 U.S.C. § 552a. The information sought may be within the proper scope of discovery, however, disclosure would be in violation of the Privacy Act unless authorized by this Court. 5 U.S.C. § 552a (b) (11). Defendant has contacted Plaintiff's counsel, and he has indicated that Plaintiff does not oppose this Motion.

WHEREFORE, Defendant requests the Court to enter an Order authorizing the Defendant, his agents and employees to release the requested records and information to Plaintiff's attorney. A proposed order is attached.

Respectfully submitted this 18th day of December, 2006.

           LEURA G. CANARY
           United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: rand.neeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Joseph C. Guillot, Esquire.

           s/R. Randolph Neeley
           Assistant United States Attorney