IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | ) CIVIL ACTION 2:05-CV-1179-MHT |
| | ) |
| MICHAEL W. WYNNE, | ) |
| SECRETARY OF THE AIR FORCE, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

Plaintiff has requested, pursuant to the Federal Rules of Civil Procedure, that Defendant, Secretary of the Air Force, produce certain records which are subject to the Privacy Act of 1974, 5 U.S.C. 552a. As such records may be relevant to the issues to be litigated in this case, it is

ORDERED that pursuant to 5 U.S.C. § 552a (b) (11), discovery may be had of said records that are otherwise subject to the Privacy Act. The parties will limit the distribution, disclosure and use of materials subject to the Privacy Act that is produced during discovery associated with this proceeding to the parties, their counsel, and persons employed by their counsel or associated with them who are directly involved in the preparation and trial of this case and to prospective witnesses on a "need to know" basis. The parties will not distribute, disclose or use said information for any purpose other than the preparation and litigation of this proceeding. It is further

ORDERED that the Defendant, his agents and employees, be and are hereby relieved

of any penalties to which they would otherwise be subjected pursuant to 5 U.S.C. § 552a.

Done this 19th day of December, 2006.

                                        /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE