IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL W. WYNNE, )<br>SECRETARY OF THE AIR FORCE, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.  2:05cv1179-CSC |

**ORDER**

Now pending before the court is the defendant's motion for a protective order (doc. # 19) filed on December 18, 2006.  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion for a protective order (doc. # 19) be and is hereby GRANTED.  It is further

ORDERED that upon compliance with applicable law, the attorneys for the parties to this lawsuit are permitted to obtain certain records that are subject to the Privacy Act of 1974, 5 U.S.C. § 552a.  This order neither broadens nor restricts any party's ability to conduct discovery pursuant to applicable law, the sole purpose of this order being only to permit discovery pursuant to 5 U.S.C. § 552a(b)(11), and compliance with the Privacy Act.

Nothing in this order shall be deemed to relieve any party or attorney of the requirements of the Federal Rules of Civil Procedure.  Nothing in this order permits disclosure of confidential communications.

Nothing in this order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Privacy Act information with any other person or any other entity, other than an agent or employee of the attorney or party. This order prohibits the parties from using or disclosing the Privacy Act information for any purpose other than this litigation or proceeding. It is further

ORDERED that the Defendant, his agents and employees, be and are hereby relieved of any penalties to which they would otherwise be subjected pursuant to 5 U.S.C. § 552a.

Done this 20th day of December, 2006.

          /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE