IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| BRIDGET DALE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 2:05-CV-1179-MHT |
| | ) | |
| MICHAEL W. WYNNE, | ) | |
| SECRETARY OF THE AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBITS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The following exhibits are attached to Defendant's Motion for Summary Judgment:

| Exhibit | Description |
|---|---|
| 1 | Defendant's Deposition of the Plaintiff, December 18, 2006, including Exhibits 1 through 27 |
| 2 | Administrative EEO Hearing Transcript, April 12-13, 2004, (AR 665 - 1263) |
| 3 | Declaration of Lt Col Anne-Marie Sykes, June 24, 2003 (AR 190 - 197) |
| 4 | Declaration of Maj Marian Scavelli, September 4, 2003 (AR 206 - 208) |
| 5 | Plaintiff's Appeal of Constructive Discharge to MSPB, August 5, 2003 (AR 230 - 237) |
| 6 | Appellant's Motion to Withdraw Appeal before MSPB, September 23, 2003 (AR 344) |
| 7 | Complainant's Request for EEOC Hearing, October 31, 2003 (AR 350-351) |
| 8 | EEOC Office of Federal Operations, Decision, August 31, 2005 (AR 1315 - 1321) |
| 9 | EEO Pre-Hearing Summary, March 5, 2004 (AR 652-655) |

Respectfully submitted this the 5th day of January, 2007.

                         LEURA G. CANARY
                         United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: rand.neeley@usdoj.gov

Of Counsel:

ARTHUR G. KIRKPATRICK
Major, United States Air Force, Trial Attorney
General Litigation Division
1501 Wilson Blvd, 7th Floor
Arlington, VA 22209-2403

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Joseph C. Guillot, Esquire.

                        s/R. Randolph Neeley
                        Assistant United States Attorney