# EXHIBITS 1 & 2
# FILED CONVENTIONALLY DUE TO
# VOLUMINOUS NATURE