# EXHIBIT 4

# DECLARATION UNDER PENALTY OF PERJURY

I, Marian Scavelli, in accordance with 28 U.S.C. Section 1746, make the following statement:

*EFFECTS OF NONDISCLOSURE: Disclosure of information by me is voluntary; however, my failure to respond will result in disposition of the case on the basis of information available.*

*AUTHORITY: The authority to collect the information requested is derived from one or more of the following: Title 5, code of Federal Regulations, Sections 5.2 and 5.3; title 5, United States Code, Sections 1302, 1303, 1304, 3301, and 3302; Executive Order 11478, as amended; Executive Order 10577; and 29 CRF 1614.*

*PURPOSE AND USES: The information supplied will be used as a part of the record in an equal employment opportunity discrimination complaint. The record will be furnished to designees of agencies and departments of the Federal Government in order to resolve the complaint. The record may also be disclosed to any agency of the Federal Government having oversight or review authority with regard to Department of Defense, to Federal intelligence agencies, or to others as may be published in the Federal Register.*

1. Is your name Marian Scavelli?
**Yes it is.**

2. What is your rank?
**I am a Major in the U. S. Air Force.**

2a. During what period of time were you in Ms. Bridge Dale's line of supervision and what position did you occupy during that period of time?
**I was Ms. Dale's immediate supervisor from about January 2001 until June 2002. During that period of time, I worked as the Deputy to Ms. Kathy Gutierrez, the Chief of the Services Division.**

3. I am investigating a complaint filed by Ms. Bridget Dale in which she has alleged that was discriminated against because prior to undergoing gastric bypass surgery around June 2002, she was 5'3" tall and she weight about 305 pounds give or take 25-30 pounds. To your knowledge is the above information accurate?
**I did not know Ms. Dale's height or weight, but I would have guessed it to be as she stated.**

4. Ms. Dale stated that she perceived that LtCol Sykes disliked persons who were overweight. Did you observe any actions or hear any comments which would make you also perceive that she disliked overweight people?
**No, I did not see or hear anything that would make me perceive that she disliked overweight people.**

74

00206

5. Ms. Dale indicated that LtCol Sykes actually picked on you because of your weight. Can you address the accuracy of that allegation?
I do not believe that Lt Col Sykes picked on me because of my weight. In the military we have weight restrictions that we must abide by. While I was assigned to the Services Division, I struggled to maintain my weight within standards. On a couple of occasions, Lt Col Sykes spoke privately with me and expressed concern that I might be out of standards. She said that other leadership in the wing were discussing my appearance and that I should do what was necessary to ensure my weight was within standards so that I would not end up on the AF weight management program. She appeared sensitive and compassionate to my situation.

6. Did you ever see or hear LtCol Sykes said or do anything that would make you think she perceived that Ms. Dale could not perform, or was limited in her ability to perform her job or any other function because of her weight condition?
I have never seen or heard Lt Col Sykes do or say anything that indicated she thought Ms. Dale's weight limited her in any manner.

7. Do you recall a meeting in which LtCol Sykes commented that she was tired of some employees sitting around fat, dumb and happy? If so, do you recall whether LtCol Sykes made that comment directly to Ms. Dale and/or looked directly at Ms. Dale when she said it/ Last of all, do you think to because LtCol Sykes used the term "fat" that she was indicating she was upset with employees who were overweight?
I recall Lt Col Sykes making that type of comment in a meeting held with myself, the division flight chiefs, the marketing director and a few other staff members. I cannot quote her directly but she said something to the effect that she was tired of civilians who sat around "fat, dumb and happy," and thinking that they could do whatever they wanted without concern over losing their jobs. She said that if they didn't do their job, she would have them removed. I had the impression that she was trying to get the attention of a specific civilian in the room, but since there were problems throughout the division, I was not sure at exactly whom the comment was directed. I didn't notice her look directly at anyone when she made the comment. I believe she intended her words "fat, dumb and happy" to be understood as a colloquialism for "without concern." It is very possible that her comment was made to get Ms. Dale's attention, but I don't believe that it had anything to do with her weight. I don't believe that in using the term "fat" that she was indicating she was upset with employees who were overweight. There were several thin employees whom she had been upset with as well.

8. Was LtCol Sykes in your chain of command and/or in Ms. Dale's chain-of-command?
She was not in our direct chain-of-command. She was the deputy to our support group commander. Because of her background of working in Services, the commander asked her to act on his behalf to oversee the Services division and to keep him abreast of issues within the division. All matters had to be worked through her before they could be taken to the commander. We received guidance from her and reported our financial results to her. Because of her position, we were required to carry out her instructions. If we wanted to make a complaint up the chain, we would have to go through her before going to the

75

00207

commander however, she was not in our chain of command when it came to administrative matters.

9. Ms. Dale has alleged that around October 2001, you were going to submit her name for the Senior Manager of the Year Award, but you did not submit that request because LtCol Sykes stopped you from doing it. Is that correct?
Lt Col Sykes did not stop me from submitting the award. I spoke with Ms. Gutierrez and we came to the conclusion that although we thought that Ms. Dale was doing an exceptional job under the circumstances that she was working, we knew that Lt Col Sykes was extremely displeased with the financial losses in Ms. Dale's flight and we assumed that she would never have allowed the package to go through. We decided to submit another, equally deserving flight chief, who did not suffer the same financial problems.

10. Do you recall that LtCol Sykes directed Ms. Dale to work in the kitchen, and if so, do you know if that work assignment was set up because of Ms. Dale's weight?
I recall Ms. Dale telling me about being directed to work in the kitchen at the golf shop. There were problems with the snack bar losing money and Lt Col Sykes wanted Ms. Dale to get to the bottom of the problem and correct it. As far as I know, this had nothing to do with Ms. Dale's weight.

11. Ms. Dale indicated that LtCol Sykes caused you to rate her performance evaluation down, i.e., she received two or three "8" ratings whereas in the past she had received all nines. Is this a true statement?
This is not a true statement. Lt Col Sykes did not cause me to mark the evaluation down. Due to the minimal experience I had with writing civilian performance appraisals, I consulted the advice of Ms. Gutierrez. She suggested that it would not be appropriate to rate Ms. Dale with a 9 (indicating superior performance) in every area given the fact that she did not meet suspenses in a timely manner, her administrative work often required corrections and due to the financial losses experienced by her flight.

12. Ms. Dale indicated that LtCol Sykes went around her and dealt directly with her subordinates. Is that a true statement?
Yes, I am aware of several incidences where Lt Col Sykes held meetings with Ms. Dale's activity managers and Ms. Dale would not be included in the meetings. I do not believe this was related in any way to a prejudice over Ms. Dale's weight.

13. Do you know if LtCol Sykes only bypassed Ms. Dale or did she do that to others?
It was not uncommon for Lt Col Sykes to bypass the Services Director, myself, or the other flight chiefs. I believe she felt that by going directly to the activity managers she could ensure that she most efficiently got the results that she and senior leadership desired.

I, Marian Scavelli, state under penalty of perjury that the foregoing is true and correct.

_____        _____4 Sep 03_____
(Witness' Signature)                                      (Date)