# EXHIBIT 6

MERIT SYSTEM PROTECTION BOARD (MSPB)
ATLANTA REGIONAL OFFICE
401 WEST PEACHTREE STREET NW
ATLANTA, GEORGIA 30308-3519

| | |
|---|---|
| IN THE MATTER OF: ]<br>BRIDGET DALE, ]<br>    Appellant, ]<br>]<br>vs. ]<br>]<br>DEPARTMENT OF THE AIR FORCE ]<br>    Agency. ] | MSPB # AT-0752-03-0826-I-1 |

### APPELLANT'S MOTION TO WITHDRAW APPEAL

COMES NOW the Appellant, Bridget Dale and moves this Board to allow her to withdraw her appeal. Appellant has an EEO claim pending within the agency and she has elected to pursue her claim of retaliation along with her discrimination claim.

Respectfully submitted this the 23rd day of September, 2003.

_____
JOSEPH C. GUILLOT
Attorney for Appellant

OF COUNSEL:
McPHILLIPS, SHINBAUM, & GILL, L.L.P.
516 South Perry Street
Montgomery, Alabama 36104
(334) 262-1911
(334) 262-2321 FAX