# EXHIBIT 7

Rec'd CCP
NOV 05 2003

**Equal Employment Opportunity Commission**
**Birmingham District Office**
**Ridge Park Place Ste. 2000**
**1130 22nd Street South**
**Birmingham AL 35205**

| | |
|---|---|
| **BRIDGET DALE**              ) | |
|     Complainant         ) | |
|                                ) | |
| v.                               ) | |
|                                ) | |
| **DR. JAMES ROCHE as**        ) | Agency Case #MG0J02018 |
| **SECRETARY OF THE AIR FORCE**  ) | |
|     Agency                  ) | |

### COMPLAINANT'S REQUEST FOR EEOC HEARING

COMES NOW the Complainant, Bridget Dale, by and through her undersigned counsel, and hereby requests a hearing before the Equal Employment Opportunity Commission Administrative Law Judge to address her claims of disability discrimination and retaliation against her former employer at the Maxwell Air Force Base Services Division.

Complainant received her Notice of Rights from the Agency on October 2, 2003 and therefore her request is timely.

Respectfully submitted, this the 31st day of October, 2003.

_____
Joseph C. Guillot (GUI011)
Attorney for Bridget Dale

**OF COUNSEL:**
**McPhillips, Shinbaum & Gill, L.L.P.**
516 South Perry Street
Montgomery, Alabama 36104
(334) 262-1911
(334) 263-2321 - Fax

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Complainant's Request for EEOC Hearing has been delivered via United States mail, postage prepaid, this the 31st day of October, 2003, to the following:

Ms. Linda Long, EEO Counselor
42 ABW/CCD
50Lemay Plaza South, Bldg. 804
Maxwell Air Force Base, Alabama  36112-6334

AFCARO
1535 Command Drive, Suite E309
Andrews AFB, MD 20762-7002

OF COUNSEL