# EXHIBIT 9



**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**BIRMINGHAM DISTRICT OFFICE**
**RIDGE PARK PLACE**
**1130 22ND STREET SOUTH**
**SUITE 2000**
**BIRMINGHAM, ALABAMA 35205**

| | |
|---|---|
| COMPLAINT OF:                    ] | |
| BRIDGET DALE,                    ] | EEOC# 130-2004-00032X |
| Complainant,                    ] | |
| v.                              ] | Agency # MG0J02018 |
| DR. JAMES ROCHE,                ] | |
| Secretary of the Air Force,     ] | |
| DEPARTMENT OF THE AIR FORCE,    ] | |
| Agency.                         ] | |

### PRE-HEARING SUMMARY

A pre-hearing conference was held in this matter on March 4, 2004. The Complainant's representative, the Agency's representative and the undersigned participated.

### HEARING

The Hearing in this case is scheduled for **April 12, 2004 beginning at 8:30 a.m.** (Central time). The Agency is responsible for arranging for a Hearing location that is properly ventilated and can comfortably hold at least eight (8) people, at one time. The Hearing room should also have a telephone connection so that, if necessary, testimony may be taken by telephone. The parties are reminded that the Hearing is expected to conclude in a one day time frame and may go late in order to do so. However, if the Hearing is not concluded on April 12, 2004 counsel for the parties have stated that they are available to conclude the Hearing on April 13, 2004.

The Agency is responsible for: (1) securing the services of a Court Reporter; (2) providing notice to everyone (witnesses included-if federal employees) with the exact location and time of the Hearing; (3) securing the presence of all requested witnesses if federal employees; (4) and where testimony will be taken from non-management employees, who are no longer at the work site, and/or management employees, who are no longer at the work site, and are not Responsible Management Employees, arranging the necessary telephonic connections.

## SETTLEMENT

The parties have engaged in settlement discussions and are encouraged to continue to discuss settlement prior to the Hearing scheduled in this case. If the undersigned can be of assistance in settling this matter, please let her know.

## ISSUES IN THE CASE

The Complainant alleges that she was discriminated against when 1) she was subjected to a hostile work environment because of her perceived disability (obesity) by Lt.Col. Anne-Marie Sykes, the Deputy Commander for the 42nd Air Base Wing (ABW), Mission Support Group and 2) she was subjected to a hostile work environment in reprisal for her prior EEO activity by Major Matthew Wilson, the Deputy Chief of Services Division.

## BIFURCATION

The hearing will be concerned with both liability and damages. The Complainant must offer evidence of the damages during the scheduled hearing that he/she incurred as a result of the alleged discrimination.

## AVAILABLE RELIEF

Should the Complainant prevail, the following relief may be available:

Injunctive Relief
Back pay
Interest
Compensatory Damages (Pecuniary and Non-Pecuniary)
Attorney's Fees- **(All requests for attorney's fees and responses for requests for attorney's fees must follow the Pre-hearing and Hearing Order issued earlier in this case which requires any request for attorney's fees to be submitted to the undersigned at the beginning of the Hearing on April 12, 2004. The response to the attorney's fee request will be due on May 12, 2004.)**

## WITNESSES

**It is imperative that the next witness is prepared to be sworn in a soon as the preceding witness completes their testimony.**

The Complainant submitted a Witness List pursuant to the Scheduling Order issued in this case. The following witnesses were listed by the Complainant:

1.    The Complainant (70 minutes)
2.    Deborah Arsenault (30 minutes)

2

3.    Major Marian R. Scavelli (40 minutes)
4.    MSgt Valerie Bailey (17 minutes)
5.    Jo-Ann Langford (17 minutes)
6.    Ellis Starkie (17 minutes)
7.    David Smith (20 minutes)
8.    Barbara Holt (20 minutes)
9.    Aletha Hatcher (15 minutes)
10.   Lt. Stephanie Clayton (25 minutes)
11.   Janice Stephens (25 minutes)
12.   Deborah Root (25 minutes)

The Agency's Witness List includes:

1.    Lt Col Anne-Marie Sykes (75 minutes)
2.    Maj Matthew G. Wilson, 88 MSG/SVM (75 minutes)
3.    Maj Marian R. Scavelli, AFIA/FOS (see above)
4.    Deborah Aguilar Root (see above)
5.    Kathy Gutierrez (40 minutes)
6.    Paul Lewis, 42 MSG/SVBMO (30 minutes)
7.    Ed Starkie, 42 MSG/SVMBG (see above)
8.    Dr. Pam Snider, Ph.D. (35 minutes)

## THE HEARING

Each party will be allowed to give an Opening Statement of approximately five minutes in length.    The Complainant will be allowed to call his/her witnesses' first. Evidence concerning damages must also be presented during the Complaint's testimony. The Agency will then call its witnesses. The Complainant may then call any rebuttal witnesses. Following, the Agency will be allowed to call any rebuttal witnesses. Each party may give a closing statement of approximately five minutes in length.

The only restriction on evidence is that it must be relevant and non-repetitive. Hearsay is admissible.  The fact that it is hearsay goes to the weight of the evidence.

## SANCTIONS

Sanctions may be imposed by the Administrative Judge for failure of the parties to follow EEOC orders and regulations.  Failure to submit the items specified above will result in dismissal for failure to prosecute, entry of finding of facts as stated by the non-offending party or other sanctions as deemed appropriate by the Administrative Judge.  A party who does not fully comply with this order may, at the discretion of the Administrative Judge, be restricted from raising additional factual contentions or legal arguments at the hearing.

000054

It is so ORDERED on March 5, 2004.

For the Commission:

_____
JILL LOLLEY VINCENT
Administrative Judge
(205) 731-1173

## CERTIFICATE OF SERVICE

For timeliness purposes, it shall be presumed that the parties received the foregoing ORDER within five (5) calendar days after the date it was sent *via* first class mail. I certify that on March 5, 2004 the foregoing ORDER was sent first *via* first class mail to the following:

Joseph C. Guillot
MCPHILLIPS, SHINBAUM, & GILL, L.L.P.
516 South Perry Street
Montgomery, AL 36104

Capt. Michael Burnat
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334

_____
JILL LOLLEY VINCENT
Administrative Judge

4