IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIDGET DALE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 2:05-CV-1179-MHT |
| | ) |
| **MICHAEL W. WYNNE,** | ) |
| **SECRETARY OF THE AIR FORCE,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

Comes now the defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides notice that the following exhibits regarding Defendant's Motion for Summary Judgment, were filed conventionally on January 5, 2007, due to their voluminous nature:

    Exhibit 1 -    Defendant's Deposition of the Plaintiff, December 18, 2006, including Exhibits 1-27, and

    Exhibit 2 -    Administrative EEO Hearing Transcript, April 12-13, 2004, (AR 665-1263).

Plaintiff's counsel has been provided a copy of both exhibits.

Respectfully submitted this the 8th day of January, 2007.

                LEURA G. CANARY
                United States Attorney

By: s/R. Randolph Neeley
   R. RANDOLPH NEELEY
   Assistant United States Attorney
   Bar Number: 9083-E56R
   Post Office Box 197
   Montgomery, AL  36101-0197
   Telephone No.: (334) 223-7280
   Facsimile No.: (334) 223-7418
   **E-mail: rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Joseph C. Guillot, Esquire.

                s/R. Randolph Neeley
                Assistant United States Attorney