IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2001 JAN -8 P 4: 00

| | | |
|---|---|---|
| BRIDGET DALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 2:05-CV-1179-MHT |
| | ) | |
| MICHAEL W. WYNNE, | ) | |
| SECRETARY OF THE AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

Comes now the defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides notice that the following exhibits regarding Defendant's Motion for Summary Judgment, were filed conventionally on January 5, 2007, due to their voluminous nature:

Exhibit 1 -    Defendant's Deposition of the Plaintiff, December 18, 2006, including Exhibits 1-27, and

Exhibit 2 -    Administrative EEO Hearing Transcript, April 12-13, 2004, (AR 665-1263).

Plaintiff's counsel has been provided a copy of both exhibits.

Respectfully submitted this the 8th day of January, 2007.

LEURA G. CANARY
United States Attorney

By:

R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail: rand.neeley@usdoj.gov**


**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2007, I filed the foregoing with the Clerk of the

Court and I further certify that a copy of same was forwarded to Plaintiff's attorney, via

United States Mail, first class, postage pre-paid and addressed as follows:

Joseph C. Guillot, Esquire
McPhillips Shinbaum, LLP
516 S. Perry Street
Montgomery, AL 36104

Assistant United States Attorney