IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION 2:05-CV-1179-MHT |
| MICHAEL W. WYNNE, SECRETARY OF THE AIR FORCE, | ) |
| Defendant. | ) |

# EXHIBIT 1 TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FILED CONVENTIONALLY DUE TO VOLUMINOUS NATURE



2007 JAN -5 P 11:04

