IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, | ) |
| | ) |
|    Plaintiff, | ) |
| | )    CIVIL ACTION NO. |
|    v. | )      2:05cv1179-MHT |
| | ) |
| MICHAEL W. WYNNE, | ) |
| Secretary, Department of | ) |
| the Air Force, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

It is ORDERED that the motion to dismiss and alternative motion for summary judgment (doc. no. 22) are set for submission, without oral argument, on January 26, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 9th day of January, 2007.

                                /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE