IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE,<br>    Plaintiff, | ]<br>]<br>] |
| v. | ]   CIVIL ACTION 2:05-CV-1179-T<br>] |
| MICHAEL W. WYNNE,<br>SECRETARY OF THE AIR FORCE,<br>    Defendant. | ]<br>]<br>]   Date:   January 26, 2007 |

**PLAINTIFF'S MOTION IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS OR
<u>IN THE ALTERNATIVE FOR SUMMARY JUDGEMENT</u>**

COMES NOW the Plaintiff, Bridget Dale (hereinafter "Ms. Dale" or "Plaintiff Dale"), and pursuant to this Court's Order, dated January 9, 2007, presents her Motion in Opposition to Defendant's Motion to Dismiss or in the Alternative, for Summary Judgment. Ms. Dale presents in support of her Motion, the following:

Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss or in the Alternative, for Summary Judgment.

      PX 1      June 18, 2003, Ms. Dale's Declaration Under Penalty of Perjury

      PX 2      May 30, 2003, Ms. Dale's letter of forced resignation

      PX 3      Ms. Dale's record of Performance Awards from September 1995 - June 2002

      PX 4      Ms. Dale's Appraisal Data from September 1996 - June 1002

      PX 5      Ms. Dale's Performance Appraisals

      PX 6      Agency November 20, 2002, Memo outlining Ms. Dale's EEO Complaint

      PX 7      June 24, 2003, Lt Col Sykes' Declaration Under Penalty of Perjury

      PX 8      November 22, 2002, Complaint and Supporting Affidavit by Ms. Dale

      PX 9      March 18, 2003, letter from Joseph C. Guillot, Ms. Dale's attorney, notifying the Agency of Ms. Dale's claim of reprisal;  March 31, 2003, cover letter to the Agency from Joseph C. Guillot for Ms. Dale's Amended Complaint and March 31, 2002, Ms. Dale's Amended Complaint (Reprisal)

| | |
|---|---|
| PX 10 | September 3, 2004, Maj. Matthew Wilson's Declaration Under Penalty of Perjury |
| PX 11 | September 4, 2003, Ms. Janice Stephens's Declaration Under Penalty of Perjury |
| PX 12 | August 29, 2002, letter from Pamela R. Snider, Ph.D. recommending that Ms. Dale not return to work; October 30, 2002, letter from Pam R. Snider, Ph.D. recommending that Ms. Dale not return to work and November 26, 2002, letter from Pam R. Snider, Ph.D. say Ms. Dale would be able to return to work |
| PX 13 | Photo of Ms. Dale (first person on the left) at over 300 pounds |
| PX 14 | September 12, 2003, Ms. Deborah Root's Declaration Under Penalty of Perjury |
| DX 1 | Defendant's previously filed transcript of December 18, 2006 Deposition of Ms. Dale |
| DX 2 | Defendant's Exhibit which is the transcript of April 12, 13, 2004 EEOC Hearing |

The evidence considered, Defendant's Motion to Dismiss or for Summary Judgment is due to be denied. The Agency, through its agent Lt Col Ann Marie Sykes, discriminated against Ms. Dale as she was regarded to be disabled due to her size. Additionally, the Agency, through its agent Maj. Matthew Wilson, retaliated against Ms. Dale for filing her Complaint of disability discrimination with the Maxwell EEO office. Finally, Ms. Dale was constructively discharged as she was forced to resign due to the treatment she received from Maj. Wilson in retaliation against her for filing her EEO Complaint.

Respectfully submitted this the 26th day of January, 2007.

/s/ Joseph C. Guillot
Attorney for Plaintiff

OF COUNSEL:
McPHILLIPS, SHINBAUM, & GILL, L.L.P.
516 South Perry Street
Montgomery, Alabama 36104
(334) 262-1911
(334) 262-2321 FAX

## CERTIFICATE OF SERVICE

      I hereby certify that I have mailed a copy of the foregoing Brief, via the court's electronic filing system, on this the 26th day of January, 2007, to the following:

Rand Neeley, Esq.
Assistant United States Attorney
201 One Court Square
Montgomery Alabama 36104

                              /s/ Joseph C. Guillot
                              OF COUNSEL