IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIDGET DALE,**<br>    Plaintiff,<br><br>        v.<br><br>**MICHAEL W. WYNNE,**<br>**SECRETARY OF THE AIR FORCE,**<br>    Defendant. | ]<br>]<br>]<br>]    CIVIL ACTION 2:05-CV-1179-T<br>]<br>]<br>]<br>]    Date:  January 26, 2007 |

### NOTICE CONCERNING SETTLEMENT CONFERENCE
### AND MEDIATION

Counsel for both parties have discussed potential settlement of this case on several occasions, the latest of which was Thursday January 25, 2007. Presently, the parties are not inclined to settle this case. However, the parties have agreed to continue settlement discussions and, once a decision is rendered on Defendant's Motion for Summary Judgment, which is now pending before this court, the parties will re-evaluate settlement options.

The parties have also discussed whether mediation would be appropriate at this juncture, in an attempt to resolve this case. The parties have agreed to re-consider mediation, once a decision is rendered on Defendant's Motion for Summary Judgment.

Respectfully submitted, this the 26th day of January, 2007.

/s/ Joseph C. Guillot
JOSEPH C. GUILLOT (GUI011)
Attorney for the Plaintiff

OF COUNSEL:
**McPHILLIPS, SHINBAUM, & GILL, L.L.P.**
516 S. Perry Street
P.O. Box 64
Montgomery, AL 36101
(334) 262-1911
(334) 263-2321 fax

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing, via this Court's electronic filing system, on this the 26th day of January, 2007, to the following:

Rand Neeley, Esq.
United States Attorney
201 One Court Square
Montgomery Alabama 36104

                                                  /s/ Joseph C. Guillot
                                                OF COUNSEL