IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:**2:05-CV-1179-MHT** |
| | ) |
| MICHAEL W. WYNNE, | ) |
| SECRETARY OF THE AIR FORCE, | ) |
| | ) |
| Defendant. | ) |

**<u>MOTION TO AMEND</u>**

COMES now Federal Defendant, Michael W. Wynne, Secretary of the Air Force, by and through undersigned counsel, and respectfully requests the Court to accept the attached amended Memorandum in Support of Defendant's Motion for Summary Judgment. As grounds for said motion, Defendant shows the following:

1. Defendant filed its Memorandum in Support of Defendant's Motion for Summary Judgment on or about January 5, 2007.

2. Defendant's Memorandum did not include line citations as required and/or preferred by the court.

3. The attached Memorandum has been corrected to provide line citations for the court's reference.

THEREFORE, Defendant respectfully requests the court grant its Motion to Amend and accept the attached memorandum as its corrected Memorandum in Support of Summary Judgment.

Respectfully submitted this the 9th day of February 2007.

                LEURA G. CANARY
                United States Attorney

          By: s/R. Randolph Neeley
            R. RANDOLPH NEELEY
            Assistant United States Attorney
            Bar Number: 9083-E56R
            Post Office Box 197
            Montgomery, AL  36101-0197
            Telephone No.: (334) 223-7280
            Facsimile No.: (334) 223-7418
            E-mail: rand.neeley@usdoj.gov

Of Counsel:

ARTHUR G. KIRKPATRICK
Major, United States Air Force, Trial Attorney
General Litigation Division
1501 Wilson Blvd, 7th Floor
Arlington, VA 22209-2403

## CERTIFICATE OF SERVICE

     I hereby certify that on February 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Joseph C. Guillot, Esquire.

              s/R. Randolph Neeley
              Assistant United States Attorney