IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:**2:05-CV-1179-MHT** |
| | ) |
| MICHAEL W. WYNNE, | ) |
| SECRETARY OF THE AIR FORCE, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE REPLY TO
PLAINTIFF'S RESPONSE TO MOTION TO DISMISS,
OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

COMES now Federal Defendant, Michael W. Wynne, Secretary of the Air Force, by and through undersigned counsel and requests leave to file a reply to Plaintiff's Response filed January 26, 2007. In support of this Motion, Defendant submits the following:

1.   Defendant filed a Motion to Dismiss, or in the Alternative, Motion for Summary Judgment with accompanying memorandum on or about January 5, 2007.

2.   Plaintiff filed a Response in Opposition to Defendant's motion on or about January 26, 2007.

3.   Defendant submits that it would serve the interests of justice and aid the Court's resolution of the issues in this case if Defendant were allowed to file a reply to Plaintiff's Response.

Accordingly, Defendant seeks leave to file a copy of the Reply attached hereto as

Exhibit A.

Respectfully submitted this the 9th day of February 2007.

                    LEURA G. CANARY
                    United States Attorney

By: s/R. Randolph Neeley
   R. RANDOLPH NEELEY
   Assistant United States Attorney
   Bar Number: 9083-E56R
   Post Office Box 197
   Montgomery, AL  36101-0197
   Telephone No.: (334) 223-7280
   Facsimile No.: (334) 223-7418
   **E-mail: rand.neeley@usdoj.gov**

Of Counsel:

ARTHUR G. KIRKPATRICK
Major, United States Air Force, Trial Attorney
General Litigation Division
1501 Wilson Blvd, 7th Floor
Arlington, VA 22209-2403

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorney, Joseph C. Guillot, Esquire.

                    s/R. Randolph Neeley
                    Assistant United States Attorney