IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL W. WYNNE, )<br>Secretary, Department of )<br>the Air Force, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:05cv1179-MHT |

ORDER

It is ORDERED that the motion to amend (doc. no. 29) is granted.

DONE, this the 12th day of February, 2007.


                        /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**