IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv1179-MHT |
| ) | |
| MICHAEL W. WYNNE, ) | |
| Secretary, Department of ) | |
| the Air Force, ) | |
| ) | |
| Defendant. ) | |

ORDER

It is ORDERED that the motion for leave to file reply (doc. no. 30) is granted.

DONE, this the 12th day of February, 2007.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE