IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:05-CV-1179-T |
| ) | |
| MICHAEL W. WYNNE, ) | |
| Secretary of the Air Force ) | |
| ) | |
| Defendant ) | |

## JOINT MOTION TO STAY

COMES NOW the plaintiff, by and through counsel of record, and the defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully request that this matter and all deadlines be stayed pending resolution of the defendant's previously filed Motion to Dismiss, or in the alternative, for Summary Judgment, and as grounds state as follows:

1. This is a discrimination case brought pursuant to the Rehabilitation Act of 1973, 29 U.S.C. § 791 et. seq. Plaintiff alleges that she was discriminated against due to a perceived disability and subjected to retaliation. Defendant denies these contentions and asserts that all decisions were made for legitimate, non-discriminatory reasons.

2. Plaintiff currently resides in San Antonio, Texas, and will have to travel to Montgomery, Alabama for trial. Additionally, three of the plaintiff's witnesses live beyond the Middle District of Alabama and will require air transportation to Montgomery and lodging while in town. Plaintiff recently learned that two of the three out-of-state witnesses are engaged in academic pursuits which conflict with the presently scheduled trial schedule. Particularly, one

witness is scheduled to complete oral examinations in pursuit of a Ph.D in Florida, while the other is scheduled to complete written examinations in pursuit of a Masters degree in San Antonio, Texas.

    3.    At least 3 of the defendant's witnesses currently reside outside of the Middle District of Alabama. These witnesses reside in Virginia, Texas and Arkansas and will require air transportation to Montgomery for trial and lodging while in town.

    4.    The current trial setting requires that the parties immediately begin to make travel and lodging arrangements for these witnesses with the incumbent expenditures of substantial funds. The necessity to expend such sums may become unnecessary, or possibly minimized, depending upon the Court's ruling on the above-mentioned motion of the defendant. Additionally, two of plaintiff's witnesses who would be subpoenaed could needlessly change their plans regarding their educational pursuits.

    5.    Entering the requested stay promotes the efficient use of the time and resources of the Court and the parties.

    WHEREFORE, premises considered, the parties request that this matter and all remaining deadlines related thereto be stayed.

Respectfully submitted this 27th day of June, 2007.

| | |
|---|---|
| s/ Joseph C. Guillot | **LEURA G. CANARY** |
| JOSEPH C. GUILLOT | United States Attorney |
| McPhillips Shinbaum, L.L.P. | |
| 516 South Perry Street | s/R, Randolph Neeley |
| Montgomery, Alabama 36104 | R.R RANDOLPH NEELEY |
| Telephone: (334) 262-1191 | Assistant United States Attorney |
| Attorney for Plaintiff | Alabama Bar No. 9083-E56R |
| | United States Attorney's Office |
| | Post Office Box 197 |
| | Montgomery, AL 36101-0197 |
| | Telephone: (334) 223-7280 |
| | Facsimile: (334) 223-7418 |
| | E-mail: rand.neeley@usdoj.gov |