IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MONTGOMERY CIVIL JURY TERM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMMENCING JULY 23, 2007 AT 10:00 AM\*
FEDERAL COURTHOUSE, MONTGOMERY, ALABAMA

Judge Myron H. Thompson, Presiding

---

\*ALL juries will be selected on July 23, 2007, at 10:00 a.m., with individual trials commencing thereafter as scheduled by the court.

U.S. District Court
Alabama Middle District
Calendar Events Set For 7/23/2007

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

JURY SELECTION & TRIAL, BRIDGET DALE v MICHAEL W. WYNNE, 2:05cv1179-MHT

10:00 AM

    2:05-cv-01179-MHT-CSC Dale v. Wynne

    Joseph Charles Guillot representing Bridget Dale (Plaintiff)

    Arthur Kirkpatrick and James Joseph DuBois and R. Randolph Neeley representing Michael W. Wynne (Defendant)

U.S. District Court
Alabama Middle District
Calendar Events Set For 7/23/2007

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

JURY SELECTION & TRIAL,
DONNA DORSEY DAVIS v RICHARD M. DORSEY et al.,2:06cv766-MHT

10:00 AM

2:06-cv-00766-MHT-TFM Davis v. Dorsey et al

James Edward Roberts and Lindsay B Erwin representing Donna Dorsey Davis (Plaintiff) and Donna Dorsey Davis (Counter Defendant)

Clifford Wayne Cleveland representing Richard M. Dorsey, CD&O, L.L.C. (Defendants), Richard M. Dorsey, Dorsey Motor Sales, Inc. and TD & O, Inc. (Counter Claimants)

U.S. District Court
Alabama Middle District
Calendar Events Set For 7/23/2007

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

JURY SELECTION & TRIAL,
MARGENE LEVERETTE v STATE OF ALABAMA REVENUE DEPT., 2:04cv808-MHT

**10:00 AM**

2:04-cv-00808-MHT-WC Leverette v. State of Alabama Revenue Department

Juraldine Battle-Hodge representing Margene Leverette (Plaintiff)

John J. Breckenridge representing State of Alabama Revenue Department (Defendant)