IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE,                    )<br>                                  )<br>    Plaintiff,                   )<br>                                  )<br>    v.                            )<br>                                  )<br>MICHAEL W. WYNNE,                 )<br>Secretary, Department of         )<br>the Air Force,                   )<br>                                  )<br>    Defendant.                    ) | CIVIL ACTION NO.<br>2:05cv1179-MHT |

### ORDER

It is ORDERED that the joint motion to stay (Doc. No. 36) is granted to the extent that the trial is continued generally.

DONE, this the 19th day of July, 2007.

                                            /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE