IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRIDGET DALE, )<br>  )<br>   Plaintiff, )<br>  )<br>   v. )<br>  )<br>MICHAEL W. WYNNE, )<br>Secretary, Department of )<br>the Air Force, )<br>  )<br>   Defendant. ) | CIVIL ACTION NO.<br>2:05cv1179-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motion for summary judgment filed by defendant Michael Wynne, Secretary, Department of the Air Force (Doc. No. 22), is granted.

(2) The alternative motion to dismiss filed by defendant Michael Wynne, Secretary, Department of the Air Force (Doc. No. 22), is denied as moot.

(2) Judgment is entered in favor of defendant Michael Wynne, Secretary, Department of the Air Force, and against plaintiff Bridget Dale, with plaintiff Dale taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Dale, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of July, 2007.


       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE