**Dunn, King & Associates, L.L.C.**                                          **Invoice**

Phone: (334) 263-0261 or (800) 359-8001; Fax: (334) 263-1243
2800 Zelda Road, Suite 100-2
P. O. Box 1627
Montgomery, AL 36102-1627

| Invoice Date | Invoice # |
|---|---|
| Tuesday, January 02, 2007 | 20930F |

R. Randolph Neeley
U.S. ATTORNEY'S OFFICE
One Court Square, Suite 201
Montgomery, AL 36104

Phone:   (334) 223-7280   Fax:   (334) 223-7560

**Witness:** Dale, Bridget
**Case:** Dale, Bridget vs. Michael W. Wynne, Secretary, Dept. of the Air Force
**Venue:** U.S. Dist. Court Middle District Northern Division
**Number:** 3713
**Date:** 12/18/2006
**Time:** 8:57 AM

16871A

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| AUSA | Appearance for U.S. Attorney/per hour | $25.00 | 3.75 | $93.75 |
| USA | Original & 1 | $3.95 | 136 | $537.20 |
| | | **Sub Total** | | $630.95 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $630.95 |

Payment due in 30 days. Terms-Net 30; Interest charged at a rate of 1.5% on any unpaid balance
Please note invoice number on remittance to insure proper credit.
63-0823137